ORIGINAL

# United States District Court
## Southern District of Georgia

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2015 MAR 11 AM 11:52
CLERK
SO. DIST. OF GA.

CASEY EDWARD GARRETT

_____

Plaintiff

v. UNUM LIFE INSURANCE
COMPANY OF AMERICA

_____

Defendant

Case No. 3:15-CV-029-DHB

Appearing on behalf of

Casey Edward Garrett, Plaintiff
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 11th day of March, 2015.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

NAME OF PETITIONER: BRADLEY G. PYLES

Business Address: Westmoreland, Patterson, Moseley & Hinson, LLP
Firm/Business Name

577 Mulberry Street, Suite 600
Street Address

| Macon | GA | 31201 |
|---|---|---|
| City | State | Zip |

Street Address (con't)

P.O. Box 1797
Mailing Address (if other than street address)

| Macon | GA | 31202-1797 |
|---|---|---|
| City | State | Zip |

Address Line 2

(478) 745-1651      590545
Telephone Number (w/ area code)    Georgia Bar Number

Email Address: brad@wpmhlegal.com