ORIGINAL

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2015 SEP 23 PM 3:19
CLERK
SO. DIST. OF GA.

| | |
|---|---|
| CASEY EDWARD GARRETT, | * |
| Plaintiff, | * |
| v. | *  CV 315-029 |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | * |
| Defendant. | * |

# O R D E R

On September 23, 2015, the parties filed a "Stipulation of Dismissal with Prejudice" in the captioned case. Upon due consideration, this Court finds that dismissal is appropriate under Federal Rule of Civil Procedure 41(a)(1). **IT IS THEREFORE ORDERED** that Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE.** The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear their own costs.

**ORDER ENTERED** at Augusta, Georgia, this 23rd day of September, 2015.

UNITED STATES DISTRICT JUDGE